## 32556. AYCOCK v. HOUSEHOLD FINANCE CORPORATION OF GEORGIA.

PER CURIAM.

After full consideration of this case, it appears that the application for writ of certiorari was improvidently granted and accordingly is dismissed.

*Dismissed. All the Justices concur, except Hall, J., who dissents. Marshall, J., disqualified.*

SUBMITTED SEPTEMBER 13, 1977 — DECIDED JANUARY 5, 1978 — REHEARING DENIED JANUARY 24, 1978.

*Joseph H. King, Jr.,* for appellant.

*Harris Bullock,* for appellee.